**FILED**
MAY - 3 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  COLLEEN R. VILLARREAL
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2739

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) Cr. No. S-10-86-DAD
                              )
12 |        Plaintiff,         ) Stipulation and [Proposed]
                              ) Order to Vacate Trial
13 |    v.                     ) Confirmation Hearing and Jury
                              ) Trial and Set for Status
14 | SALVADOR P. CORTES,       )
                              ) Date: May 4, 2010
15 |        Defendant.         ) Time: 10:00 a.m.
                              ) Judge: Hon. Dale A. Drozd
16 | _____)

17        It is hereby stipulated and agreed between the United States

18 and the defendant, SALVADOR P. CORTES, by and through his

19 undersigned counsel, Lauren D. Cusick, that the previously

20 scheduled trial confirmation hearing date of Tuesday, May 4, 2010,

21 and jury trial date of Monday, May 17, 2010, be vacated and set

22 for a status hearing on May 18, 2010, at 9:00 a.m.

23        This proposed order is requested because the government and

24 the defendant are currently in plea negotiations.

25 ///

26 ///

27 ///

28 ///

                                    1

```
 1        The parties agree that time may be excluded from May 4, 2010,
 2   to May 18, 2010, pursuant to Title 18, United States Code, Section
 3   3161(h)(8)(B)(iv), also known as Local Code T4, reasonable time to
 4   prepare.
 5   DATED: May 3, 2010              BENJAMIN B. WAGNER
                                     United States Attorney
 6
 7                              By:  /s/ Jason Hitt for
                                     MATTHEW C. STEGMAN
 8                                   Assistant U.S. Attorney
 9
10   DATED: May 3, 2010         By:  /s/ Lauren D. Cusick
                                     LAUREN D. CUSICK
11                                   Assistant Federal Defender
                                     Attorney for Defendant
12                                   SALVADOR P. CORTES
13
                        [PROPOSED] O R D E R
14
     IT IS SO ORDERED:
15
     DATED: May  3 , 2010
16

17        Dale A. Drozd
18   HON. DALE A. DROZD
     United States Magistrate Judge
```

2